

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 12/2/19

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Prelipceanu v. Jumio Corporation
USDC Case Number:  19cv561
Circuit Court Case Number:  2018CH15833

Dear Clerk:

A certified copy of an order entered on  **12/2/19** by the Honorable Gabriel A. Fuentes, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

> Sincerely yours,
> Thomas G. Bruton, Clerk
>
> By: /s/ Greg Young
>      Deputy Clerk

Enclosure(s)

Rev. 10/05/2016